*People* v. *McVea*, 175 App. Div. 909, affirmed.
(Submitted June 13, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered October 4, 1916, which affirmed a judgment of
the Genesee County Court convicting the defendant of a
violation of the Liquor Tax Law. The defendant was
charged with permitting a girl, in his employ, to serve
drinks to customers on the premises, but the defendant's
contention and defense was that this girl was a servant
of the defendant and had been in his employ for nearly
three years as a domestic and servant, with various
duties about the household, such as doing the kitchen and
dining room work, waiting on tables, etc.; and that as
such servant she constituted, while so employed and for
such a length of time, a member of the defendant's family,
and as such came within the exception of the statute and
was a person by whom liquors might be served on the
premises.

*William E. Webster* for appellant.

*James L. Kelly* for respondent.

Judgment affirmed; no opinion.
Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CAR-
DOZO, POUND, CRANE and ANDREWS, JJ.

———————

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH A. MULHOLLAND, Appellant.

(Argued June 14, 1917; decided July 11, 1917.)

APPEAL from a judgment of the Supreme Court
rendered March 2, 1917, at a Trial Term for the county

of New York upon a verdict convicting the defendant of the crime of murder in the first degree.

*Ely Rosenberg* and *Frederick A. Ware* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.